IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN M. WILSON,

        Plaintiff,                      No. CIV S-05-2074 MCE DAD P

    vs.

STANISLAUS CO. BOARD OF SUPERVISORS, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action seeking relief under 42 U.S.C. § 1983. By order filed October 24, 2005, the undersigned found service of plaintiff's complaint appropriate for defendants Stanislaus County Board of Supervisors ("Board") and Sheriff Les Weidman. Defendant Board has filed a motion for change of venue to the United States District Court sitting in Fresno.[1] Plaintiff has not responded to the motion.

/////

---

[1] On January 20, 2006, the United States Marshal filed a return of service unexecuted for defendant Les Weidman. The Marshal's filing indicates that defendant Weidman resigned on August 5, 2005, and that service could not be accepted on the defendant's behalf at the address provided by plaintiff.

1

Plaintiff's claims arose in Stanislaus County.  All civil actions and proceedings arising in Stanislaus County and cognizable by the United States District Court for the Eastern District of California "shall be commenced in the United States District Court sitting in Fresno, California."  Local Rule 3-120(d).  When an action has not been commenced in the proper court within the Eastern District, the action may be transferred to the proper court on the court's own motion, on the motion of any party, or by stipulation of the parties.  Local Rule 3-120(f).  Good cause appearing, defendant Board's unopposed motion will be granted, and this action will be transferred to the Fresno Division of the court for all further proceedings.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Stanislaus County Board of Supervisors' January 18, 2006 motion for change of venue is granted;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings in this case shall reference only the new Fresno case number to be assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: February 24, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
wils2074.22mot